UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>RUBEN ERIC CALLE, <br><br>　　　　Defendant. | Case No. 23-cv-01706-SK <br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM** <br><br>Regarding Docket No. 6 |

　　On April 10, 2023, Plaintiffs brought a motion to proceed with the instant action under pseudonyms. (Dkt. No. 6.) Defendant's deadline to oppose this motion was April 23, 2023, and no opposition was filed. Plaintiffs are the subjects of several series of images of child pornography. Defendant has pled guilty and been convicted of possessing these images, and Plaintiffs here seek civil damages against him. (Dkt. No. 2.) In their motion to proceed under pseudonyms, Plaintiffs have demonstrated the personal, intimate, and violative nature of the images at issue and have shown that they face continuing humiliation and harassment on the basis of their original victimization. "[M]any federal courts, including the Ninth Circuit, have permitted parties to proceed anonymously when special circumstances justify secrecy." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000). Such special circumstances are present when "nondisclosure of the party's identity is necessary … to protect a person from harassment, injury, ridicule or personal embarrassment." *Id.* at 1067-68.

//
//
//
//
//

1  The Court finds that there is ample justification for allowing these vulnerable Plaintiffs to
2  protect their identities through the use of pseudonyms throughout this action.  Accordingly, it is
3  HEREBY ORDERED that Plaintiffs may proceed herein under the pseudonyms "Jenny Doe" and
4  "Lily Doe."

5  **IT IS SO ORDERED**.

6  Dated: May 10, 2023



SALLIE KIM
United States Magistrate Judge